UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

------------------------------------------------------------X   <u>Civil Case Nos.</u>
                                                  :  3:15 CV 810
MALIBU MEDIA, LLC,                                 :
                     Plaintiff,                         :
                                               :
              vs.                          :
JOHN DOE, etc. et al.,                       :
                                               :
              Defendants.                     :
                                               :
------------------------------------------------------------X

## **MONTHLY STATUS REPORT**

Plaintiff, Malibu Media, LLC ("Plaintiff"), hereby files its Monthly Status report and states:

On September 16, 2015, Plaintiff filed a return of service by personal service executed upon Jon Doe [CM/ECF 20]. A Case Management Conference was held on December 15, 2015, and the Court entered a Case Management Conference Order on December 16, 2015. Plaintiff served Defendant with its 26(a) Disclosures, First Request for Production, and First Set on Interrogatories on December 29, 2015. The parties have discussed settlement in this case, however have been unable to reach any settlement at this time. Trial is scheduled in this case for June, 2016.

Dated: January 4, 2016

                                                        Respectfully submitted,

                                                        **YMF, INC.: The Law Office of Yousef M. Faroniya**
                                                        <u>/s/ *Yousef M. Faroniya*</u>
                                                        Yousef M Faroniya
                                                        84 S. 4th St.
                                                        Columbus, Ohio 43215

Tel.: (614) 360-1855  
Fax: (614) 859-5016  
E-mail: <u>yousef@ymfincorporated.com</u>  
*Attorneys for Plaintiff*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 4, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: <u>/s/*Yousef Faroniya*</u>